**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TIMOTHY A. DEWITT,** | Case No.: 13-CV-3459 YGR |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING** |
| v. | |
| **FOOT LOCKER RETAIL, INC.; 1INK.COM,** | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the hearing on Plaintiff Timothy DeWitt's Motion to Remand and Defendant Foot Locker Retail, Inc.'s Motion to Dismiss or For a More Definite Statement is **CONTINUED** from September 24, 2013, to **Tuesday, October 8, 2013** at **2:00 p.m.,** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Dated: September 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**